FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

FEB 22 2023

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) CRIMINAL NO. 22-1724 KG |
| | ) |
| vs. | ) 18 U.S.C. § 1201(a)(1): Kidnapping |
| | ) Resulting in Death; 18 U.S.C. § 2: Aiding |
| **JERROLD ALBERT CHAVARRIA**, and | ) and Abetting. |
| **JERRY ANTOCIO ROMERO**, | ) |
| | ) |
| Defendants. | ) |

SUPERSEDING INDICTMENT

The Grand Jury charges:

On or about February 26, 2021, in Eddy County, in the District of New Mexico, the defendants, **JERROLD ALBERT CHAVARRIA** and **JERRY ANTOCIO ROMERO**, did unlawfully and willfully seize, confine, kidnap, abduct, carry away, and hold Jane Doe for some purpose and benefit, and, in committing and in furtherance of the commission of the offense, used a motor vehicle, a means, facility, and instrumentality of interstate commerce, and, as to Jane Doe, death resulted.

In violation of 18 U.S.C. §§ 1201(a)(1) and 2.

A TRUE BILL:

/S/
_____
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney